Daniel R. Levy, Esquire
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
(973) 642-1900 (phone)
(973) 642-0099 (fax)
dlevy@ebglaw.com

Erik W. Weibust, Esq. (*Pro Hac Vice Application to be Submitted*)
Epstein Becker & Green, P.C.
One Financial Center, Suite 1520
Boston, MA  02111
Phone: 617.603.1100 / Fax 617.249.1573
E-mail:      eweibust@ebglaw.com

Counsel for Plaintiff,
*Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LILLIAN CELONA; ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names and unidentified individuals), <br><br> Defendants. | Civil Action No. <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, SAMSUNG ELECTRONICS AMERICA, INC. ("SEA" or the "Company"), by its attorneys Epstein Becker & Green, P.C., hereby certifies as follows:

1. SEA is a non-governmental corporate entity and a wholly-owned subsidiary of Samsung Electronics Co., Ltd. ("SEC").

2. SEC is a Korean corporation that is publicly traded on the Korean stock exchange.

3. No other entity directly or indirectly (through ownership of one or more other entities) owns 5% or more of SEA's stock.

Dated:  August 28, 2025

By: ___/s *Daniel R. Levy*_____
Daniel R. Levy, Esq.
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor
Newark, NJ  07102
Phone: 973.642.1900 / Fax 973.642.0099
E-mail:   dlevy@ebglaw.com

Erik W. Weibust, Esq. (*Pro Hac Vice Application to be Submitted*)
Epstein Becker & Green, P.C.
One Financial Center, Suite 1520
Boston, MA  02111
Phone: 617.603.1100 / Fax 617.249.1573
E-mail:   eweibust@ebglaw.com

Attorneys for Plaintiff
*Samsung Electronics America, Inc.*